IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD KYLE REEVES, ) <br> AIS # 255472, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WARDEN JONES, *et al.*, ) <br> ) <br>     Defendants. ) | CIV. ACT. NO.  2:11cv1062-TMH <br> (WO) |

**OPINION and ORDER**

On March 20, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 10).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows that:

1. The Recommendation of the Magistrate Judge be and is hereby ADOPTED;

2. The Plaintiff's access to courts, conditions of confinement, and disciplinary proceeding claims against Defendants Jones, Jenkins, and Blakely be and are hereby DISMISSED with prejudice prior to service of process in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

3. The Plaintiff's complaint against Defendants Jones and Jenkins be and is hereby DISMISSED with prejudice;

4. Defendants Jones and Jenkins be and are hereby DISMISSED as parties to the complaint; and

5. The Plaintiff's excessive force claim against Defendant Blakely be and is hereby REFERRED BACK to the Magistrate Judge for further proceedings.

Done this the 13th day of April 2012.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE